# United States Court of Appeals for the Fifth Circuit

————————

No. 22-11197
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
July 7, 2023

Lyle W. Cayce
Clerk

Alvin S. Carter,

*Plaintiff—Appellant*,

*versus*

The State of Texas,

*Defendant—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2120

———————————————————————

Before Wiener, Elrod, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

Alvin S. Carter appeals the 28 U.S.C. § 1915(e)(2)(B) dismissal of his civil suit relating to his Texas conviction for theft. Carter offers no coherent legal argument that the district court erred by dismissing his case as frivolous. *See* Fed. R. App. P. 28(a)(8); *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993). Accordingly, the judgment of the district court is AFFIRMED.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.